■ THE PEOPLE OF THE STATE OF NEW YORK V. ROMULO TAPIA.— Motion granted insofar as to permit the appeal to be heard on the original record, without printing the same, except that a certified copy of the indictment shall be substituted in place of the original indictment, and upon typewritten or mimeographed appellant's points, on condition that the appellant serves one copy of the typewritten or mimeographed appellant's points upon the District Attorney of Bronx County and files 6 typewritten or 19 mimeographed copies of appellant's points, together with the original record with this court. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

## (February 24, 1960)

■ CORINNE C. WATERMAN V. HENRY KAUFMAN et al. CORINNE C. WATERMAN V. DORIS BYRNE et al.— Motion by defendants-respondents for leave to dispense with printing denied. Concur — Botein, P. J., Breitel, McNally, Stevens and Bastow, JJ.

■ CORINNE C. WATERMAN V. HENRY KAUFMAN et al. CORINNE C. WATERMAN V. DORIS BYRNE et al.— Cross motion by plaintiff-appellant for stay denied in all respects. Concur — Botein, P. J., Breitel, McNally, Stevens and Bastow, JJ.

## (February 25, 1960)

■ BORIS GARFINKEL V. LIZA P. GARFINKEL.— The decision of this court dated December 15, 1959 (9 A D 2d 892), granting defendant's motion for leave to appeal to the Court of Appeals on certified questions from the order of this court entered October 20, 1959, unanimously reversing a judgment in favor of the defendant and ordering a new trial, in a matrimonial action, is recalled and, upon reconsideration, the motion for leave to appeal is denied. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ In the Matter of A. BERNARD KING, an Attorney, against SAMUEL J. FAULDS et al., and BOARD OF EDUCATION OF THE CITY OF NEW YORK.— Motion for leave to reargue or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ ASSOCIATED METALS WESTERN HEMISPHERE CORPORATION V. FIDELITY & CASUALTY COMPANY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Breitel, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ RICHARD J. O'NEILL V. CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals granted. Settle order. Concur — Rabin, J. P., Valente, McNally, Stevens and Bergan, JJ.

■ LONNY-HILDE BLUMENSTEIN-JACOBSOHN V. LUDWIG WOLF et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ In the Matter of the Arbitration between BANKERS & SHIPPERS INSURANCE COMPANY OF NEW YORK and KAREN SCHAEFER et al.— Motion for a stay and for leave to reargue or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.